BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
NICOLE M. PHILLIPS, Bar No. 203786
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| LARRY TOTTEN, JOSE MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>REMEDIATION CONSTRUCTORS, INC., A California Corporation, doing business as REMCON, INC.,<br><br>　　　　Defendant. | No.　C 04 4327 PJH<br><br>**[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS**<br><br>Date:　January 31, 2007<br>Time:　9:00 a.m.<br>Place: |

/ / /

/ / /

/ / /

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS
Case No. C 04 4327 PJH

- 2 -

**PROPOSED ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS**

TO: Stephen B. Christensen, Remediation Constructors, Inc., a California Corporation doing business as Remcon, Inc.

**YOU ARE HEREBY ORDERED TO APPEAR** personally before this Court, or before a referee appointed by the Court, on January 31, 2007, at ~~9:00~~ 9:30 a.m. in Courtroom  F , 15 Floor, located at 450 Golden Gate Avenue, San Francisco, California, to furnish information to aid in enforcement of the judgment entered against you on September 16, 2005 and to answer questions concerning property in your possession or control as stated in Plaintiffs' Application for Order to Appear for Debtor Examination, attached hereto as Exhibit "A".

Dated: Deember 19, 2006

IT IS SO ORDERED
_Judge James Larson_

_____
HONORABLE
JUDGE

106989/442694

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS
Case No. C 04 4327 PJH

## PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501. December 14, 2006, I served upon the following parties in this action:

> Stephen B. Christensen
> 10254 Whitetail Drive
> Oakdale, CA 95361

copies of the document(s) described as:

**[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS**

**[X]** **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]** **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]** **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on December 14, 2006.

_____/s/_____
Karen Scott

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -
[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS
Case No. C 04 4327 PJH