BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
NICOLE M. PHILLIPS, Bar No. 203786
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| LARRY TOTTEN, JOSE MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>REMEDIATION CONSTRUCTORS, INC., A California Corporation, doing business as REMCON, INC.,<br><br>Defendant. | No.   C 04 4327 PJH<br><br>**PLAINTIFFS' EX PARTE APPLICATION TO VACATE DEBTOR'S EXAMINATION; [PROPOSED] ORDER** |

/ / /

/ / /

/ / /

TO: The Clerk of Court and Stephen B. Christensen, Remediation Constructors, Inc., a California Corporation doing business as Remcon, Inc.:

Plaintiffs hereby request that the Debtor's Examination scheduled for Wednesday, March 28, 2007 at 9:30 a.m. be vacated.

Defendant has provided Plaintiffs with information indicating that Defendant has been out of business for some time and had liquidated all assets to pay off prior debts. Plaintiffs believe that they will be unable to locate any funds at this time to satisfy the Judgment obtained in this case. Accordingly, Plaintiffs request that the Court vacate the Debtor's Examination scheduled for Wednesday, March 28, 2007 at 9:30 a.m.

The above stated facts are set forth in the accompanying declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Vacate Debtor's Examination, filed herewith.

Dated: February 26, 2007

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/
CONCEPCIÓN E. LOZANO-BATISTA

106989/449764

## ORDER VACATING DEBTOR'S EXAMINATION

Based upon the foregoing Ex Parte Application to Vacate Debtor's Examination and Declaration of Concepción E. Lozano-Batista in Support thereof, the Court orders that the debtor's examination scheduled for Wednesday, March 28, 2007 at 9:30 a.m. be vacated. ~~In addition, the Court Orders:~~

Dated: February 28, 2007



HONORABLE
JUDGE
Judge James Larson
IT IS SO ORDERED

- 2 -

PLAINTIFFS' EX PARTE APPLICATION TO VACATE DEBTOR'S EXAMINATION; [PROPOSED] ORDER
Case No. C 04 4327 PJH

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001